UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLENN REIT,                                           :

              Plaintiff,                      :

        -against-                              :              ORDER

POST PROPERTIES, INC. &                               :              09 Civ. 5455 (RMB)(KNF)
POST APARTMENT HOMES, L.P.,
                                                :
              Defendants.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11/13/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on November 18, 2009, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
        November 12, 2009           SO ORDERED:

                                                      _____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE